**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **EVA BABIK** | § | |
| | § | |
| V. | § | Civil Action No. **7:20-CV-00039** |
| | § | |
| **TARGET CORPORATION** | § | |

**ADR MEMORANDUM TO CLERK OF COURT**

TO THE HONORABLE PRESIDING JUDGE/COURT:

ADR METHOD:   Mediation   X_____        Arbitration   _____
              Mini Trial   _____        Summary Jury Trial   _____

TYPE OF CASE:   Personal Injury:  Please note: Mediation commenced on 12/17/20; the parties were able to settle their claims.

1. Please check one of the following:

   The case referred to ADR:   Settled: __X____   Did not settle: _____

2. My total fees and expenses were $600 per party.

   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to the order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   **Name of PLF:**
   **Eva Babik**

   **Attorney's info.**
   Larry W. Lawrence, Jr.
   Michael Lawrence
   LAWRENCE LAW FIRM
   3112 Windsor Rd., Suite A234
   Austin, Texas 78703
   Ofc No.: (956) 994-0057
   Email: lawrencefirm@aol.com
   Email: lawrencefirm@gmail.com
   *Counsel for Plaintiff*

   **Name of DEF:**

**Target Corporation**

**Attorney's info.**
Anthony B. James
HODGE & JAMES
P.O. Box 534329 (78553)
1617 E. Tyler, Suite A
Harlingen, Texas 78550
Telephone: (956) 425-7400
Email: ajames@hodgejames.com
*Counsel for Defendant*

**ADR PROVIDER: GIL P. PERALEZ**

                Respectfully submitted,

                By:_____
                   GIL P. PERALEZ,
                   ADR PROVIDER
                   State Bar No.: 00791426
                   Federal Id No. 20401

                   **PERALEZ FRANZ LLP**
                   1416 Dove Ave.
                   McAllen, Texas 78504
                   Telephone No. (956) 682-3660
                   Facsimile No.  (956) 682-3848
                   Email: gpp@peralezfranzlaw.com

Date: December 22, 2020